**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                    **Criminal Action No. 2:09-cr-19**

**DANIEL ALFRED CORICA,**

      **Defendant.**

## ORDER/OPINION

On February 26, 2015, came Defendant, Daniel Alfred Corica, in person and by counsel, L. Richard Walker, and also came the United States by its Assistant United States Attorney, Stephen Warner, pursuant to a Petition for Warrant or Summons for Offender Under Supervision filed in this case on January 28, 2015, alleging Defendant violated conditions of his probation as follows:

1. <u>The defendant shall not commit another federal, state, or local crime.</u>

2. <u>The defendant shall not unlawfully possess a controlled substance.</u>

3. <u>The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.</u>

Prior to the hearing, the Court received a written waiver of preliminary hearing executed by Defendant, in which Defendant conceded that probable cause existed to forward this revocation matter to United States District Judge John Preston Bailey for hearing and disposition. Upon consideration of which, the Court finds there is probable cause to believe that Defendant violated conditions of his probation as alleged in the Petition for Warrant or Summons for Offender Under Supervision filed January 28, 2015. It is therefore **ORDERED** that Defendant be bound over for a full hearing before the Honorable John Preston Bailey, United States District Judge for the Northern

District of West Virginia, on the violations alleged in the Petition for Warrant or Summons for Offender Under Supervision dated January 28, 2015. Defendant is **RELEASED** pursuant to his previously set conditions of supervised release pending further proceedings in this matter.

It is so **ORDERED**.

The Clerk of the Court is directed to provide a copy of this Order to counsel of record.

DATED: March 2, 2015

*/s/ John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE